HANNAH A. BRENNEN, Respondent, v. JOHN T. BLADEN, as Successor Trustee, under the Last Will and Testament of JAMES RODWELL, Deceased, etc., and Others, Appellants.— Interlocutory judgment affirmed, with costs

---

*See Lien Law (Consol. Laws, chap. 33; Laws of 1909, chap. 38), § 9. Amd. by Laws of 1916, chap. 507.— [REP.

No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.